Mod AO 442 (09/13) Arrest Warrant    AUSA Name & Telno:

RECEIVED OCT -1 2019 U.S.D.C. WP

## UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 19 Mag. 9078 10/1/19  9079 |
| Margaret Flood, | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Margaret Flood,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846 (conspiracy to distribute narcotics)

Date: 9/26/19

*Issuing officer's signature*

City and state:   White Plains, New York

Honorable Paul E. Davison, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* 9/26/19, and the person was arrested on *(date)* 9/30/19
at *(city and state)* Port Jervis, NY

Date: 9/30/19

*Arresting officer's signature*

SA Thomas Anderson
*Printed name and title*